No. 69190.—Hairnet Corporation of America *v.* United States, protests 59/27251(B), 60/7241(A), and 60/25557 (New York).

Opinion by Ford, J. In accordance with stipulation of counsel that the merchandise consists of nylon hair nets similar in use to manufactures of silk and following the principles set forth in *United States* v. *Steinberg Bros.* (47 CCPA 47, C.A.D. 727), the claim of the plaintiff was sustained.

No. 69191.—J. Einstein, Inc. *v.* United States, protest 62/16409 (New York).

Opinion by Ford, J. In accordance with stipulation of counsel that the merchandise consists of nylon knit fabric similar in all material respects to those the subject of *United States* v. *Steinberg Bros.* (47 CCPA 47, C.A.D. 727), the claim of the plaintiff was sustained.

No. 69192.—Dessy Atco, Inc., and Arthur J. Fritz & Co. *v.* United States, protest 58/20888 (San Francisco).

Opinion by Ford, J. In accordance with stipulation of counsel that the merchandise consists of nylon gloves similar in use to silk gloves and following the principles set forth in *United States* v. *Steinberg Bros.* (47 CCPA 47, C.A.D. 727), the claim of the plaintiffs was sustained.